PEOPLE v GARGALINO. Appeal from Oakland, Clark J. Adams, J., and from St. Clair, Stanley C. Schlee, Jr. Submitted Division 2 March 2, 1972, at Lansing. (Docket Nos. 10087, 10223.) Decided May 2, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Thomas G. Plunkett,* Prosecuting Attorney, *Dennis Donohue,* Chief Appellate Counsel, and *William G. Wolfram,* Assistant Prosecuting Attorney (Oakland County), and *Walter W. Turton,* Prosecut-

ing Attorney, *Peter Deegan,* Assistant Prosecuting Attorney, and *Delmer L. Cleland,* Corporation Counsel (St. Clair County), for the people.

*Thomas Guastello,* for defendant on appeal.

Before: McGregor, P. J., and J. H. Gillis and O'Hara, JJ.

Memorandum Opinion. The defendant was found guilty by juries in two separate trials, of uttering and publishing, MCLA 750.249; MSA 28.446, and conspiracy to utter and publish, MCLA 750.157a; MSA 28.354(1). Defendant was thereafter sentenced and appeals. The two appeals were consolidated upon appellate counsel's motion.

A review of the briefs and records fails to disclose any reversible error.

Convictions affirmed.